```
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEIN AYE,<br>CHO CHO HLAING,<br>SHWE YEE SHUNE,<br>EI WAI KHIN,<br>THET HTAR WAI,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director, U.S.<br>Citizenship and Immigration Services,<br><br>        Defendants. | No. C 06-1921 JL<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** |

    Plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a forty-five day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before June 26, 2006.

///

///

Stipulation for Extension
C 06-1921 JL

| | | |
|---|---|---|
| 1 | Date: May 12, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: May 12, 2006         _____/s/_____
                           Robert B. Jobe
                           Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 15, 2006

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Extension
C 06-1921 JL