```
Robert B. Jobe (State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (866) 284-1910
Email: bob@jobelaw.com

Attorney for Plaintiffs.
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

```
SEIN AYE,                              )    No. 06-cv-01921-JL
CHO CHO HLAING,                        )
SHWE YEE SHUNE,                        )
EI WAI KHIN,                           )
THET HTAR WAI,                         )    MOTION FOR VOLUNTARY
                                       )    DISMISSAL AND [PROPOSED]
     Plaintiffs,                       )    ORDER
                                       )
          v.                           )
                                       )
U.S. CITIZENSHIP AND IMMIGRATION       )
SERVICES; EMILIO T. GONZALEZ,          )
DIRECTOR, U.S. CITIZENSHIP AND         )
IMMIGRATION SERVICES,                  )
                                       )
     Defendants.                       )
_____)
```

Pursuant to Civil Local Rule 7, Plaintiffs Sein Aye et al., through counsel, request that their mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of this mandamus complaint, Mr. Aye's family members were issued travel documents and they arrived in the U.S. on June 10, 2006.  Therefore, Plaintiffs are no longer

1

alleging that the U.S. Citizenship and Immigration Services is illegally delaying the issuance of travel documents for Mr. Aye's family.

WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their mandamus complaint, without prejudice.

DATED: June 12, 2006

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 150
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiffs

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without prejudice be granted.

DATED: June 13, 2006

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA